Charles Stevens
CDCR # H-87500
San Quentin State Prison
San Quentin, CA 94974

In Propria Persona

RECEIVED
JAN 1 2 2009
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

E-filing

IN THE UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHARLES STEVENS,<br><br>Petitioner,<br>vs.<br><br>ROBERT L. AYERS, Warden of the<br>California State Prison at San Quentin,<br><br>Respondent. | CV CASE 09-0137<br><br>DEATH PENALTY CASE<br><br>[PROPOSED] ORDER STAYING EXECUTION OF DEATH SENTENCE AND REFERRING THE MATTER TO THE SELECTION BOARD FOR SUGGESTION OF APPOINTED COUNSEL |

Upon request of petitioner, and pursuant to Local Rules 2254-25 (a),(b) and (c),

IT IS HEREBY ORDERED that the execution of petitioner's sentence of death, which has not yet been scheduled, and all court and other proceedings related to the execution of that sentence, including preparation for execution and the setting of an execution date, are stayed until final disposition in this Court of the federal habeas corpus petition to be filed on petitioner's behalf.

IT IS FURTHER ORDERED, that this matter be referred to the Selection Board for the United States District Court, Northern District of California, for suggestion of one or more counsel to be appointed to represent petitioner in these proceedings.

The Clerk of the Court shall serve a certified copy of this order on petitioner; respondent Robert L. Ayers, Warden of San Quentin Prison; the Clerk of the Alameda County Superior Court; Seth K. Schalit, Deputy Attorney General of the State of California; Thomas

J. Orloff, District Attorney of Alameda County; and Michael G. Millman, Executive Director of the California Appellate Project, San Francisco.

DATED: January 13, 2009

SUBMITTED BY:

RICHARD I. TARGOW
Attorney at Law
On behalf of Petitioner
CHARLES STEVENS

UNITED STATES DISTRICT JUDGE

IT IS SO ORDERED
Judge William Alsup

2