# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF CALIFORNIA
# SAN FRANCISCO DIVISION

| | |
|---|---|
| CHARLES STEVENS, ) | Case No. 3-9-CV-137-WHA |
| ) | |
| Petitioner, ) | |
| ) | |
| vs. ) | **ORDER APPOINTING COUNSEL** |
| ) | |
| MIKE MARTEL, Warden of San Quentin State ) | |
| Prison, ) | |
| ) | |
| Respondent. ) | *Death Penalty Case* |
| ) | |

Good cause having been shown,

Robert R. Bryan is appointed as lead counsel, and Mark D. Eibert as other co-lead counsel, on behalf of Petitioner who is a condemned inmate at San Quentin State Prison.

*It is so ordered.*

DATED: February 9, 2012.

_____
William Alsup
UNITED STATES DISTRICT JUDGE

Case No. 3-9-CV-137-WHA
Order Appointing Counsel