# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF CALIFORNIA
# SAN FRANCISCO DIVISION

| | |
|---|---|
| CHARLES STEVENS, ) <br> ) <br> Petitioner, ) <br> ) <br> vs. ) <br> ) <br> MIKE MARTEL, Warden of San Quentin State ) <br> Prison, ) <br> ) <br> Respondent. ) <br> ─────────────────────────────── ) | Case No. 3-9-CV-137-WHA <br><br><br> **ORDER APPOINTING COUNSEL** <br><br><br><br> *Death Penalty Case* |

    Good cause having been shown,

    Robert R. Bryan is appointed as lead counsel, and Mark D. Eibert as other co-lead counsel, on behalf of Petitioner who is a condemned inmate at San Quentin State Prison.

*It is so ordered.*

DATED: February 9, 2012.

                                                                     _____
                                                                       William Alsup
                                                                       UNITED STATES DISTRICT JUDGE