UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHARLES STEVENS,<br><br>                Petitioner,<br><br>  v.<br><br>KEVIN CHAPPELL, Acting Warden of San Quentin State Prison,<br><br>                Respondent. | No. C 09-137 WHA<br><br>**DEATH-PENALTY CASE**<br><br>**ORDER** |

On February 11, 2013, pursuant to the Court's earlier order, petitioner filed a Petition for Writ of Habeas Corpus. On February 12, 2013, petitioner filed a replacement Petition, and subsequently moved the Court to consider the replacement Petition of February 12, 2013 in lieu of the Petition originally filed on February 11, 2013. According to petitioner, the replacement Petition was filed due to typographical and other errors discovered in the initial Petition. Respondent does not oppose petitioner's instant motion.

For good cause shown, petitioner's motion is **GRANTED.** The Court will henceforth consider the Petition filed on February 12, 2013.

**IT IS SO ORDERED.**

DATED: February ___19__, 2013

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE