IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **CHARLES STEVENS,**<br><br>                                     Petitioner,<br><br>          v.<br><br>**KEVIN CHAPPELL, Acting Warden of San Quentin State Prison,**<br><br>                                     Respondent. | Case No. CV 09-0137 WHA<br><br>**CAPITAL CASE**<br><br>~~[PROPOSED]~~ **ORDER** |

GOOD CAUSE APPEARING, IT IS HEREBY ORDERED that respondent's application for a 60-day enlargement of time, to and including May 28, 2013, in which to file any motion regarding exhaustion is GRANTED.

Dated: March 1, 2013

_____
The Honorable William Alsup

1