# UNITED STATES DISTRICT COURT

# FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHARLES STEVENS,<br><br>               Petitioner,<br><br>  v.<br><br>KEVIN CHAPPELL,<br><br>Acting Warden of San Quentin State Prison,<br><br>               Respondent. | No. C 09-137 WHA<br><br>**ORDER** |

Good cause appearing, it is hereby ORDERED as follows:

The September 27, 2013 deadline for respondent's motion regarding exhaustion shall be vacated.

Petitioner shall file any motion to amend the petition on or before November 22, 2013.

Respondent shall file any motion regarding exhaustion and opposition to petitioner's motion to amend the petition, on or before December 23, 2013.

Petitioner shall file any opposition to respondent's motion on or before January 22, 2014.

Respondent shall file the reply to the opposition on or before February 21, 2014.

**IT IS SO ORDERED**.

DATED: September __24__, 2013

                                                    WILLIAM ALSUP<br>
                                                  UNITED STATES DISTRICT JUDGE