1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

# UNITED STATES DISTRICT COURT

## FOR THE NORTHERN DISTRICT OF CALIFORNIA

CHARLES STEVENS,

                      Petitioner,

       v.

KEVIN CHAPPELL,

Acting Warden of San Quentin State Prison,

                  Respondent.

No.  C 09-137 WHA

**ORDER**

Good cause appearing, it is hereby ORDERED as follows:

Petitioner shall file any motion to amend the petition on or before February 20, 2014.

Respondent shall file any motion regarding exhaustion and opposition to petitioner's

motion to amend the petition, on or before March 22, 2014.

Petitioner shall file any opposition to respondent's motion on or before April 21, 2014.

Respondent shall file the reply to the opposition on or before May 21, 2014.

**IT IS SO ORDERED**.

DATED: December __3__, 2013

                                _____

                                WILLIAM ALSUP
                                UNITED STATES DISTRICT JUDGE