# IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| CHARLES STEVENS, | ) | Case No. C-09-137 WHA |
| | ) | |
| Petitioner, | ) | |
| | ) | **ORDER TO RELEASE EVIDENCE TO** |
| vs. | ) | **DEFENSE BALLISTICS EXPERT FOR** |
| | ) | **EXAMINATION AND TESTING** |
| KEVIN CHAPPELL, Warden, San | ) | |
| Quentin State Prison, | ) | |
| | ) | |
| Respondent. | ) | *Death Penalty Case* |
| | ) | |

Good cause appearing, IT IS HEREBY ORDERED:

That the Oakland Police Department and the Oakland City Attorney shall release and/or make available to Dr. Kenton Wong, Forensic Analytical Sciences, Inc., for analysis and testing, all ballistics-related evidence and Gunshot Residue Collection Tests and Kits in their possession including but not limited to any weapons, shells, bullets, and clothing related to the murder investigation and prosecution of Charles Stevens who was arrested on or about July 27, 1989.

IT IS SO ORDERED.

Dated: December __23__, 2013



_____
HON. WILLIAM H. ALSUP
United States District Judge