# UNITED STATES DISTRICT COURT

# FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHARLES STEVENS,<br><br>　　　　　　Petitioner,<br><br>　　v.<br><br>KEVIN CHAPPELL,<br><br>Acting Warden of San Quentin State Prison,<br><br>　　　　　　Respondent. | No. C 09-137 WHA<br><br>**ORDER** |

Petitioner's *pro se* motion to file a Petition for Writ of Habeas Corpus is DENIED. Petitioner is represented by counsel, who have already filed a Petition for Writ of Habeas Corpus. *See* Docket Nos. 23-31.

This Order resolves Docket No. 36.

**IT IS SO ORDERED**.

DATED: February __3__, 2014

　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　WILLIAM ALSUP
　　　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE