UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHARLES STEVENS, <br><br> Petitioner, <br><br> v. <br><br> KEVIN CHAPPELL, <br><br> Warden of San Quentin State Prison, <br><br> Respondent. | No. C 09-137 WHA <br><br> **ORDER** |

The Court is in receipt of the parties' stipulation to set a new briefing schedule. For the following reasons, the parties' stipulated request is DENIED.

While the Court understands that petitioner plans to file a motion to amend the petition after the Court-authorized investigation is completed, it is also important to move forward with any exhaustion-related issues that can be litigated at this time. Thus, the parties are ORDERED to move forward with briefing any issues relating to exhaustion of the petition currently on file, based on the dates set in the Court's Order of December 3, 2013. Accordingly, respondent shall file any motion regarding exhaustion on or before March 22, 2014. Petitioner shall file any opposition to respondent's motion on or before April 12, 2014. Respondent shall file the reply to the opposition on or before May 21, 2014.

Should petitioner decide to move to amend the petition, any motion to amend must be filed on or before May 21, 2014. Respondent shall file any motion regarding exhaustion (of any

1 | new claims in the amended petition), and opposition to petitioner's motion to amend the petition,
2 | on or before June 20, 2014.  Petitioner shall file any opposition to respondent's motion on or
3 | before July 21, 2014.  Respondent shall file the reply to the opposition on or before August 21,
4 | 2014.
5 |   No further requests for extensions will be granted.

8 | **IT IS SO ORDERED**.
9 | DATED: February __14__, 2013

_____
WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE