**IN THE UNITED STATES DISTRICT COURT**

**FOR THE NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| CHARLES STEVENS, | Case No. C 09-137 WHA |
| Petitioner, | |
| vs. | [PROPOSED] ORDER TO RELEASE EVIDENCE TO DEFENSE EXPERT |
| KEVIN CHAPPELL, Acting Warden of San Quentin State Prison, | *Death Penalty Case* |
| Respondent. | |

Good cause appearing therefore, IT IS HEREBY ORDERED:

That the Alameda County Superior Court and the Alameda County District Attorney shall release to Forensic Analytical Sciences Inc., all of the following items in their possession:

| **People's Exhibit No.** | **Description of Exhibits** |
|---|---|
| 30 | Manila envelope—August scene |
| 30H | Color photo of expended shell casing |
| 30I | Color photo of expended shell casing |
| 31 | Manila envelope—arrest scene |
| 31D | Color photo of gun laying on ground |
| 31E | Color photo of close-up of gun laying on ground |

| | | |
|---|---|---|
| 1 | 40 | .357 Desert Eagle (handgun) |
| 2 | 40A | Black clip |
| 3 | 40B | Manila envelope with film container inside—August |
| 4 | 40C | Manila envelope with film container inside—August |
| 5 | 40D | Manila envelope with film container inside—August |
| 6 | 40E | Manila envelope with film container inside--August |
| 7 | 40F | Plastic baggie containing spent shell casing—August |
| 8 | 40I | Breech bolt from Desert Eagle .357 magnum pistol |
| 9 | 40J | Several other pieces/mechanisms from inside Desert Eagle .357 Magnum pistol |
| 10 | 40K | Manila envelope—which carried the Desert Eagle .357 magnum pistol which is marked People's 40 |
| 11 | 40L | Manila envelope—which carried the clip for the Desert Eagle .357 magnum pistol which is marked People's 40A. |
| 12 | 41A | Shell casing in small manila envelope—Noyer |
| 13 | 41B | One expended shell in small manila envelope—Noyer |
| 14 | 41C | One expended shell casing in small manila envelope—Noyer |
| 15 | 41D | One expended shell casing in small manila envelope—Noyer |
| 16 | 41E | One expended shell casing in small manila envelope—Noyer |
| 17 | 41F | One expended shell casing in small manila envelope—Noyer |
| 18 | 42G | One metal jacket in small manila envelope—Noyer |
| 19 | 42A | One spent metal jacket in small manila envelope—Anderson |
| 20 | 42B | Small manila envelope with 8 casing in plastic bag—Anderson |
| 21 | 42C | Manila envelope containing 2 smaller manila envelopes |
| 22 | 42D | Oakland Police property section report dated 6-7-89 |
| 23 | 43 | Large manila envelope containing white envelope |
| 24 | 43A | Small white envelope containing casing—DeSilva |
| 25 | 43B | Large manila envelope with smaller manila envelope inside—DeSilva |
| 26 | 43C | Small manila envelope with small plastic baggie—DeSilva |
| 27 | 43D | Small plastic baggie with copper fragment and lead slug—DeSilva |
| 28 | 44 | Alameda County Coroner's envelope containing petri dish with one slug—Rochon |

| | |
|---|---|
| 44A | Plastic baggie containing bullet—Rochon |
| 45A | Alameda County Coroner's envelope containing petri dish with one slug—August |
| 45B | One expended shell casing in small manila envelope—August |
| 45C | Film container |
| 45D | Plastic baggie holding shell casing |
| 45E | Manila envelope containing petri dish |
| 45F | Petri dish containing bullet fragments |
| 50 | Large blow-up of Desert Eagle |
| 52A | One spent casing in small manila envelope—Sloan |
| 52B | One spent casing in small manila envelope—Sloan |
| 52C | Spent casing in small manila envelope—Sloan |
| 52D | Spent metal jacket in small manila envelope—Sloan |
| 52E | Spent metal slug in small manila envelope—Sloan |
| 53 | Manila envelope with film container—August |
| 53A | File container with plastic baggie—August |
| 53B | Plastic baggie containing lead slug—August |
| 54 | Manila envelope with file container—August |
| 54A | File container with plastic baggie—August |
| 54B | Plastic baggie with lead slug—August |
| 56 | Manila envelope containing handgun magazine |
| 56A | One handgun magazine |
| 56B | Manila envelope with plastic baggie |
| 56C | Plastic baggie with 7 live rounds of ammunition |
| 67 | Manila envelope with petri dish—Noyer |
| 67A | Petri dish with bullet fragments—Noyer |
| 68 | Manila envelope with petri dish—Noyer |
| 68A | Petri dish with bullet fragments—Noyer |
| 69 | Manila envelope with petri dish—Noyer |
| 69A | Petri dish with bullet fragments—Noyer |
| 70 | Manila envelope with petri dish—Noyer |
| 70A | Petri dish with bullet—Noyer |
| 71 | Manila envelope with petri dish—Noyer |

| | | |
|---|---|---|
| 71A | | Petri dish with bullet fragments—Noyer |
| 72 | | Manila envelope with small glass vial—Noyer |
| 72A | | Small glass vial with bullet fragments—Noyer |
| 73 | | Manila envelope with petri dish—Noyer |
| 73A | | Petri dish with bullet—Noyer |
| 85 | | Manila envelope with petri dish—Sloan |
| 85A | | Petri dish with bullet fragments—Sloan |
| 86 | | Manila envelope with petri dish—Sloan |
| 86A | | Petri dish with bullet fragments—Sloan |
| 87 | | Manila envelope with petri dish—Sloan |
| 87A | | Petri dish with bullet fragments—Sloan |
| 92 | | Small brown paper bag |
| 92A | | 1 cartridge in plastic baggie |
| 92B | | Cartridge tray |
| 93 | | Small brown paper bag |
| 93A | | Large plastic baggie with two smaller baggies inside which contain bullet, shell casing and gun powder |
| 93B | | Cartridge tray with 12 cartridges |
| 94 | | Small brown paper bag |
| 94A | | One gun magazine |
| 94B | | One file container with cartridge wrapped in paper |
| 97EE | | Color photo showing bag with several cartridges in Charles Stevens' room |
| 97II | | Color photo showing 13 loose cartridges stored in a cartridge tray in Charles Stevens' room |
| 98 | | Diagram blow up of cross section of revolver cartridge—Hollow point bullet |
| 99 | | Diagram showing shooting of a gun and the effects. |
| 100 | | Diagram showing "Cycle of Fire" of a Desert Eagle pistol |
| 101 | | Diagram—Characteristics of the Desert Eagle pistol |
| 102 | | Diagram with several magnified photos of shell casings |
| 109 | | Manila envelope with a white envelope and 4 plastic baggies |
| 109A | | Plastic baggie containing lead slug—Fenn |
| 109B | | Plastic baggie containing lead slug—Fenn |

| | |
|---|---|
| 109C | Plastic baggie containing lead slug—Fenn |
| 109D | Plastic baggie containing lead slug—Fenn |

It is further ORDERED that the Alameda County Superior Court shall release all of the above that is in its possession to the Alameda County District Attorney's Office, which shall promptly transmit the items to Dr. Kenton Wong at Forensic Analytical Sciences, Inc., for analysis and testing. After Dr. Wong has completed his analysis and testing, he shall promptly notify the Alameda County District Attorney's Office. An agent of that office will promptly retrieve the exhibits from Forensic Analytical Sciences and return them to the custody of the Alameda County Superior Court.

IT IS SO ORDERED.

Dated: March 5, 2014

_____
HON. WILLIAM H. ALSUP
United Stated District Judge