**FILED**

MAR 19 2014

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHARLES STEVENS, | Case No. CV 09-0137 WHA |
| Petitioner, | **CAPITAL CASE** |
| v. | [PROPOSED] ORDER |
| KEVIN CHAPPELL, Warden of San Quentin State Prison, | |
| Respondent. | |

GOOD CAUSE APPEARING, the Court vacates that portion of its February 14, 2014, order establishing the first round of briefing on exhaustion. The date for moving to amend and the various responsive dates established in the February 14 order remain the same.

Dated: 3-19-14

_____
The Honorable William Alsup