# UNITED STATES DISTRICT COURT

# FOR THE NORTHERN DISTRICT OF CALIFORNIA

CHARLES STEVENS,

           Petitioner,

   v.

KEVIN CHAPPELL,

Acting Warden of San Quentin State Prison,

           Respondent.

No.  C 09-137 WHA

**ORDER**

    Petitioner has recently filed two *pro se* motions.  Because petitioner is represented by counsel, he is directed to file any motions with the assistance of his counsel.  Accordingly, his motions are DENIED.

    This Order resolves Docket Nos. 67 and 69.

**IT IS SO ORDERED**.

DATED: April   31  , 2014

                                                  WILLIAM ALSUP  
                                                  UNITED STATES DISTRICT JUDGE