# UNITED STATES DISTRICT COURT

# FOR THE NORTHERN DISTRICT OF CALIFORNIA

CHARLES STEVENS,

          Petitioner,

   v.

KEVIN CHAPPELL,

Warden of San Quentin State Prison,

          Respondent.

No. C 09-137 WHA

**ORDER VACATING BRIEFING ON EXHAUSTION AND SETTING SCHEDULE FOR ANSWER AND TRAVERSE**

    The Court is in receipt of the parties' stipulated request to vacate the remaining briefing schedule on exhaustion, and to set a schedule for the filing of an answer and a traverse. Respondent has concluded that all of the claims in petitioner's amended petition are properly exhausted; accordingly, the issue of exhaustion is now moot and the Court hereby **VACATES** the remaining briefing dates regarding exhaustion.

    Respondent's answer to the amended petition will be due within 120 days of the date of this Order. Petitioner's traverse will be due within 60 days of the filing of the answer. At that juncture, the Court will set a litigation schedule for resolution of petitioner's claims, and schedule a CMC if necessary.

**IT IS SO ORDERED**.

DATED: June   26  , 2014

                               WILLIAM ALSUP  
                               UNITED STATES DISTRICT JUDGE