IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHARLES STEVENS, | No. C 09-0137 WHA |
| Petitioner, | DEATH PENALTY CASE |
| v. | **ORDER SETTING EX PARTE HEARING** |
| KELLY MITCHELL, Acting Warden, | |
| Respondent. | |

    All parties responded to the Court's October 31, 2014 order, ECF Doc. No. 78, assenting the proposed ex parte hearing to address the issues raised by petitioner's motion to dismiss certain claims from his petition, ECF Doc. No. 74. Accordingly, the hearing is now scheduled for 9:00 a.m. on December 3, 2014. It will take place in the Board Room at San Quentin State Prison. All three of petitioner's counsel will please attend.

    The Clerk is directed to serve this order directly on petitioner.

    **IT IS SO ORDERED.**

Dated: November 20, 2014.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE