IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHARLES STEVENS,<br><br>　　　　Petitioner,<br><br>　v.<br><br>RON DAVIS, Warden, San Quentin State Prison<br><br>　　　　Respondent.　　　　　　　／ | No. C 9-137 WHA<br><br>DEATH PENALTY CASE<br><br>**ORDER APPOINTING COUNSEL** |

Good cause appearing, the Court hereby appoints Lori Rifkin to brief on petitioner's behalf the issue outlined in the Court's December 5, 2014 order (ECF Doc. No. 83), namely whether or not petitioner may direct his counsel to withdraw and waive certain claims from his petition for habeas corpus relief, assuming that the waiver of such claims by petitioner is competent, informed, and voluntary. That brief will be due on or before January 28, 2015.

The briefs of petitioner's counsel, Robert Bryan and Mark Eibert, and respondent remain due on January 9, 2015.

No further extensions of briefing deadlines shall be granted.

The Clerk is directed to serve this order directly on petitioner.

**IT IS SO ORDERED.**

Dated: December 17, 2014.

　　　　　　　　　　　　　　　　　　　／s／ William Alsup
　　　　　　　　　　　　　　　　　　　WILLIAM ALSUP
　　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE