IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHARLES STEVENS,<br><br>    Petitioner,<br><br>  v.<br><br>RON DAVIS, Warden.<br><br>    Respondent. | No. C 9-137 WHA<br><br>DEATH PENALTY CASE<br><br>**ORDER REGARDING MOTION TO WITHDRAW AS COUNSEL AND REQUEST FOR BRIEFING STAYS** |

The motion of Cheryl Cotterill to be relieved as counsel (ECF Doc. No. 88) is denied as unnecessary. Ms. Cotterill is not an attorney of record in the case. *See* ECF Doc. No. 16.

The Court thanks petitioner's counsel for submitting under seal the requested update. To the extent that update requests an extension or stay of the briefing deadlines, that request is denied without prejudice to renewal in a formal motion in compliance with Local Civil Rule 6-3. In the meantime, petitioner's counsel should be working diligently on meeting the December 23, 2014 deadline for the traverse on the uncontested issues and the January 9, 2015 deadline regarding briefing on petitioner's authority to dismiss or waive certain claims.

**IT IS SO ORDERED.**

Dated: December 19, 2014.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE