**United States District Court**
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHARLES STEVENS, | No. C 9-137 WHA |
| Petitioner, | DEATH PENALTY CASE |
| v. | **ORDER SETTING BRIEFING ON PROCEDURAL DEFAULT ISSUES** |
| RON DAVIS, Warden, | |
| Respondent. | |

The Court is in receipt of petitioner's Limited Traverse to respondent's Answer to petitioner's Petition for Writ of Habeas Corpus. The Court notes that respondent raises allegations of procedural default in the Answer, which petitioner denies in the Traverse.

Respondent is directed to file any motion based on procedural default defenses by January 22, 2015. Petitioner's opposition to any such motion will be due by February 5, 2015, and the optional reply will be due no later than February 12, 2015.

If respondent does not intend to file a motion based on procedural default defenses, he shall notify the Court in writing no later than January 12, 2015. A further scheduling order shall issue at that time.

**IT IS SO ORDERED.**

Dated: January _5_, 2015.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE