IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHARLES STEVENS, | No. C 09-0137 WHA |
| Petitioner, | DEATH PENALTY CASE |
| v. | **ORDER GRANTING ATTORNEY RIFKIN ACCESS TO SEALED TRANSCRIPT** |
| RON DAVIS, Warden, San Quentin State Prison | |
| Respondent. | |

Good cause appearing, the stipulated request of Petitioners' attorneys, including counsel of record, and limited appointed counsel, for attorney Lori Rifkin to be authorized to access sealed information regarding Petitioner's desire to withdraw and waive certain of his federal habeas claims, is GRANTED. Ms. Rifkin is hereby authorized to access the sealed transcript of the ex parte hearing held by the Court with Petitioner and Petitioner's Counsel on December 3, 2014, Dkt. No. 93.

**IT IS SO ORDERED.**

Dated: January  22 , 2015.



WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE