IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHARLES STEVENS, | No. C 09-0137 WHA |
| Petitioner, | DEATH PENALTY CASE |
| v. | **ORDER SETTING BRIEFING SCHEDULE FOR PROCEDURAL DEFAULT AND FOR JOINT STATEMENT OF RECORD-BASED CLAIMS** |
| RON DAVIS, Warden, San Quentin State Prison | |
| Respondent. | |

The Court is in receipt of respondent's statement that he does not intend to file a separate motion to dismiss and, instead, relies on the procedural default defenses raised in the Answer. Respondent's Answer asserts that claims 5, 6, 20, and 23 are procedurally defaulted in whole or in part. Respondent argues that not filing a motion to dismiss will preserve scarce resources of the court and the parties and that petitioner has been afforded two opportunities with the petition and traverse to contest the default.

The court notes that claims 13, 14, 17, 19, 20, 22, 26 and 27, which petitioner seeks to dismiss, were not covered by the traverse and at least one of those, claim 20, is alleged to be procedurally defaulted. In an effort to avoid piecemeal litigation on the procedural default issue, the Court directs respondent to file a motion to dismiss based on procedural default no later than February 23, 2015. Petitioner's opposition will be due no later than March 25, 2015 and the optional reply will be due within 15 days of service of petitioner's opposition.

Additionally, in looking to briefing on the merits of the remaining claims that were covered by the traverse, the Court directs the parties to meet and confer and file a joint statement identifying which claims are record-based and will, therefore, not require an evidentiary hearing. The joint statement is due within seven (7) days of the filing date of this order. The Court will issue a briefing schedule for the record-based claims following receipt of the joint statement.

**IT IS SO ORDERED.**

Dated: January  26 , 2015.



WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE

2