IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHARLES STEVENS,<br><br>    Petitioner,<br><br>  v.<br><br>RON DAVIS, Warden, San Quentin State Prison<br><br>    Respondent.<br>_____/ | No. C 9-137 WHA<br><br>DEATH PENALTY CASE<br><br>**ORDER DENYING ATTORNEY BRYAN'S REQUEST FOR A REPLY** |

Attorney Bryan has filed a request for the opportunity to reply to Attorney Rifkin's brief supporting petitioner's right to dismiss certain claims from the petition. The request is based on the fact that Attorney Rifkin's brief raises "unusual contentions", the lack of Ninth Circuit or Supreme Court precedent, and that the "complex arguments necessitate responses."

Each party has had an opportunity to file one brief on this issue, with Attorney Bryan's being twice the length of the other parties. Someone must be allowed to have the last word. In this instance, it is fair to allow that party to be petitioner. Additionally, the reasons stated in the request for reply are exceedingly vague. Accordingly, the request is **DENIED**.

**IT IS SO ORDERED.**

Dated: January  30 , 2015.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE