IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHARLES STEVENS,<br><br>    Petitioner,<br><br>  v.<br><br>RON DAVIS, Warden, San Quentin State Prison<br><br>    Respondent._____/ | No. C 09-137 WHA<br><br><u>DEATH PENALTY CASE</u><br><br>**ORDER SETTING BRIEFING SCHEDULE FOR RECORD-BASED MERITS CLAIMS** |

    The Court is in receipt of the parties joint statement regarding record-based claims that can proceed to briefing on the merits without a request for an evidentiary hearing. Petitioner identified fourteen such claims. The parties are directed to brief the merits of the claims.

    In the interest of efficiency, and in order to avoid oversize briefs, the parties shall divide the claims into two groups (by grouping together, for example, claims that have the same factual predicates), and shall file two rounds of briefing, with each brief addressing no more than eight claims.

    Accordingly, by May 12, 2015, petitioner shall file his opening brief. The response is due on or before June 11, 2015. The optional reply is due within fifteen days of the date of service of the response.

//

//

The parties are directed to observe a 25-page limit for their briefs; please, no attachments. Due dates for subsequent briefs shall be set in a subsequent order.

**IT IS SO ORDERED.**

Dated: March 12, 2015.



WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE

2