IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHARLES STEVENS,<br><br>      Petitioner,<br><br>  v.<br><br>RON DAVIS, Warden, San Quentin State Prison<br><br>      Respondent.<br>_____/ | No. C 09-137 WHA<br><br>DEATH PENALTY CASE<br><br>**ORDER GRANTING 21-DAY EXTENSION OF TIME IN WHICH TO FILE A REPLY** |

Petitioner submitted a motion for an extension of time in which to file a reply to respondent's Answer to petitioner's first round of merits briefing. Good cause appearing, any such reply is due on or before July 20, 2015.

**IT IS SO ORDERED.**

Dated: June 18, 2015.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE