IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHARLES STEVENS,<br><br>    Petitioner,<br><br>  v.<br><br>RON DAVIS, Warden,<br><br>    Respondent. | No. C09-0137 WHA<br><br>DEATH PENALTY CASE<br><br>**ORDER GRANTING ATTORNEY ROBERT BRYAN'S MOTION TO WITHDRAW AS LEAD COUNSEL, STAYING CASE PENDING APPOINTMENT OF NEW COUNSEL, AND VACATING BRIEFING** |

For the reasons stated in a concurrently filed, sealed order on the CJA docket, Attorney Robert Bryan's motion to withdraw as lead counsel is **GRANTED**. The case is **STAYED** pending the appointment of new counsel.

The substantive briefing on claims 1, 2, 11, 12, 18 and 24[1] is **VACATED** (Dkt. 120, 123 and 129). Following the appointment of new counsel, a new briefing schedule for the resolution of these claims and the other pending claims will be established.

**IT IS SO ORDERED.**

Dated: February 17, 2016

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE

---

[1] The substantive merits of claim 23 were also briefed; however this claim was dismissed in the June 26, 2015 order granting in part respondent's motion to dismiss.