UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHARLES STEVENS,<br><br>　　　　Petitioner,<br><br>　　v.<br><br>RON DAVIS, Warden, San Quentin State Prison<br><br>　　　　Respondent. | No. C 09-0137 WHA<br><br>DEATH PENALTY CASE<br><br>**ORDER RESCHEDULING CASE MANAGEMENT CONFERENCE** |

　　The parties filed a joint case management conference statement wherein petitioner requests a sixty-day continuance of the case management conference scheduled for September 14. Petitioner's unopposed motion is granted.

　　The parties shall appear for a case management conference on November 3 at 11:00 a.m. in Courtroom 8 on the 19th floor. The parties will submit a joint case management conference statement one week prior, due on or before October 27.

　　**IT IS SO ORDERED.**

**Dated:** September 8, 2016

　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　WILLIAM ALSUP
　　　　　　　　　　　　　　　　　　　　United States District Judge