1
2
3
4
5
6
7
8

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| CHARLES STEVENS,<br><br>            Petitioner,<br>      v.<br>RONALD DAVIS, Warden of California State Prison at San Quentin,<br>      and<br>SCOTT KERNAN, Secretary, Department of Corrections and Rehabilitation,<br><br>            Respondent. | No. CV 3:09-cv-00137-WHA<br><br>**DEATH PENALTY CASE**<br><br>[PROPOSED] **ORDER CONTINUING THE CASE MANAGEMENT CONFERENCE FROM NOVEMBER 3, 2016 TO NOVEMBER 17, 2016**<br><br>**The Honorable William Alsup** |

Having read and considered the parties' Joint Stipulation to continue the Case Management Conference from November 3, 2016 to November 17, 2016, the COURT HEREBY ORDERS AS FOLLOWS:

The parties are ordered to file a Joint Case Management Statement on November 10, 2016. The Case Management Conference currently scheduled for November 3, 2016, will now be heard on November 17, 2016, at 11:00 a.m.

IT IS SO ORDERED.

Dated: October __19__, 2016

_____
HONORABLE WILLIAM H. ALSUP
United States District Court Judge

Presented By:

By: _/S/ Brian M. Pomerantz_
    BRIAN M. POMERANTZ
    RICHARD A. TAMOR

    Attorneys for Petitioner
    CHARLES STEVENS