IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION

| | |
|---|---|
| CHARLES STEVENS,<br><br>       Petitioner,<br>v.<br><br>RONALD DAVIS, Warden of California State Prison at San Quentin,<br><br>       Respondent. | DEATH PENALTY CASE<br><br>[~~PROPOSED~~] ORDER RE: PETITIONER'S MOTION TO EXTEND THE BRIEFING SCHEDULE<br><br>Case No. 3:09-cv-00137-WHA<br><br>Judge William Alsup |

GOOD CAUSE HAVING BEEN SHOWN, IT IS HEREBY ORDERED that the Briefing Schedule be amended to the following:

Round One: The opening brief is due June 1, 2017, the answering brief is due July 14, and the reply brief is due September 1, 2017.

Round Two: The opening brief is due October 16, 2017, the answering brief is due November 30, 2017, and the reply brief is due December 18, 2017.

Round Three: The opening brief is due February 7, 2018, the answering brief is due March 23, 2018, and the reply brief is due April 6, 2018.

IT IS SO ORDERED.

DATED: January 26, 2017         By: _____
                                    HON. WILLIAM ALSUP
                                    United States District Court Judge

Presented by:

 /S/ *Brian M. Pomerantz*
BRIAN M. POMERANTZ
Counsel for Petitioner,
CHARLES STEVENS