IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| CHARLES STEVENS, | | No. C 09-00137 WHA |
| | Petitioner, | <u>DEATH PENALTY CASE</u> |
| v. | | |
| RON DAVIS, Warden,<br>San Quentin State Prison, | | **JUDGMENT** |
| | Respondent. | |

For the reasons stated in the accompanying order denying claims and granting motion to file response under seal, **FINAL JUDGMENT IS HEREBY ENTERED** in favor of respondent Ron Davis and against petitioner Charles Stevens. The Clerk shall close the file.

**IT IS SO ORDERED.**

Dated: January 17, 2019.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE