UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHARLES STEVENS,<br><br>        Petitioner,<br><br>    v.<br><br>GENA JONES, Warden, California Health Care Facility<br><br>    and<br><br>JEFF MACOMBER,<br>Secretary, Department of Corrections and Rehabilitation,<br><br>        Respondents. | Case No.  3:09-cv-00137-WHA<br><br>DEATH PENALTY CASE<br><br>**ORDER GRANTING PETITIONER'S MOTION FOR EXTENSION OF TIME TO FILE REPLIES TO RESPONDENT'S OPPOSITION TO PETITIONER'S MOTION FOR RELIEF FROM JUDGMENT AND APPLICATION TO STAY THAT MOTION AND REFER THE MATTER FOR SETTLEMENT**<br><br>Re: Docket Nos. 185, 190 |

    Pending before the Court is Petitioner Charles Stevens's motion to extend the time to file his replies to Respondent's Opposition and Response (*see* Docket Nos. 188 and 189) to Petitioner's Motion for Relief from a Judgment and Order Pursuant to Fed. R. Civ. P. 60(b) (Docket No. 186) and Motion to Stay that pleading (Docket No. 187) by two weeks.

    Good cause appearing, the Court **GRANTS** Petitioner's Motion for Extension of Time to Reply to Respondent's Opposition and Response (Docket No. 190).  Both of Petitioner's replies shall be due by February 11, 2025.

    In addition, the Court **GRANTS** Petitioner's Unopposed Application for Leave to File Oversized Motion for Relief (Docket No. 185).

Finally, the Motion Hearing set for February 27, 2025 at 8:00 AM remains set as is until such time if the Court determines whether a hearing is necessary to resolve Petitioner's motions.

**IT IS SO ORDERED.**

Dated: January 22, 2025

_____
WILLIAM ALSUP
Senior United States District Judge